1012

■ J. A. PRESTON CORP. et al., Respondents, v FABRICATION ENTERPRISES et al., Appellants.—Motion for leave to appeal to the Court of Appeals and for stay of enforcement of remittitur order granted and otherwise motion denied. Present—Callahan, J. P., Doerr, Boomer, Green and Pine, JJ.

■ In the Matter of JAMES W. RICHARDS, an Attorney.—Resignation accepted and name stricken from roll of attorneys. Present—Dillon, P. J., Callahan, Doerr, Denman and Green, JJ.

■ In the Matter of VICTOR ORZECHOWSKI, an Attorney.—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Dillon, P. J., Boomer, Pine, Balio and Schnepp, JJ. (Order entered Apr. 3, 1986.)

■ BRENDA WLAZLOWSKI, Appellant, v WILLIAM WLAZLOWSKI, Respondent.—Motion to prosecute appeal as poor person denied, with leave to renew before trial court *(Jenks v Murphy,* 21 AD2d 346). Cross motion to dismiss appeal granted unless appellant's records and briefs are filed and served on or before June 9, 1986.